In the Matter of the Will of EDWARD W. BROWNING, Deceased.

ALEX P. WATTS et al., as Executors of FLORENCE BIGGS, Deceased, et al., Appellants; TITLE GUARANTEE AND TRUST COMPANY, as Executor of EDWARD W. BROWNING, Deceased, Respondent, Impleaded with Others.

Argued April 21, 1937; decided May 25, 1937.

*Benjamin F. Schreiber, Morris Buchter, Harold M. Hoffman* and *Edward J. Chapman* for appellants.

*Joseph V. McKee, Henry Cohen* and *William T. Griffin* for respondent.

*Daniel A. Shirk, Edwin R. Wolff* and *Alexander Pfeiffer* for Dorothy B. Hood.

*John J. Bennett, Jr., Attorney-General* (*Robert P. Beyer* of counsel), for State of New York.

Order affirmed, with costs. First question certified answered in the affirmative. Second question not answered, an answer being unnecessary in view of the affirmative answer to the first question certified. No opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.